*Receipt # 11091342*
*$2.78 (nbd)*
*2-15-11*

# AARON, DAUTCH, STERNBERG & LAWSON, LLP

WILLIAM E. LAWSON
ROBERT C. BOEHM
FRANCIS P. WEIMER

COUNSELLORS AT LAW
CONVENTION CENTER TOWER
43 COURT STREET • SUITE 730
BUFFALO, NEW YORK 14202-3172
TEL: (716) 854-3015
FAX: (716) 854-1716

HOWARD AARON
(1892-1952)

CHARLES DAUTCH
(1898-1979)

LOUIS STERNBERG
(1908-1996)

February 14, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

      Re: (Case Name) Debra D. Palmer  / Case #09-12582-MJK
         Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

      Enclosed please find my Trustee's check in the amount of $2.78. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

      ____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), or

      _X_ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

      Claimant: RJM Acquisitions LLC  Amount $ 2.78  Claims Register # 6

                                  Trustee Name: William E. Lawson



FILED FEB 15 2011 BANKRUPTCY COURT BUFFALO, N.Y.